```
           UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
            Criminal No. 05-309 (MJD/FLN)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY |
| v. | ) | ORDER OF FORFEITURE |
| | ) | |
| TIMOTHY STEVEN GRYZ (5), | ) | |
| | ) | |
| Defendant. | ) | |

Based on the Consent Decree For Forfeiture entered into between the United States and Defendant Timothy Steven Gryz; on the Plea Agreement entered into between the United States and the defendant; and on the Court's determination that, based on the Consent Decree for Forfeiture, the Plea Agreement entered into by the defendant and based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendant has pled guilty,

IT IS HEREBY ORDERED that:

1. the sum of $20,000.00 is forfeited from Defendant Timothy Steven Gryz pursuant to 21 U.S.C. § 853(a) in lieu of the forfeiture of the defendant's property in Backus, Minnesota;

2. the Attorney General or his authorized designee may maintain custody and control of the $20,000.00 which has been tendered to the United States pending the entry of a Final Order of Forfeiture;

    3.   the United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

    4.  pursuant to Fed.R.Crim.P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment;

    5.  following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

    6.  the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed.R.Crim.P. 32.2(e).

Dated:  March 20, 2006          s/Michael J. Davis
                                      MICHAEL J. DAVIS, Judge
                                      United States District Court